**Order filed April 2, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01146-CR
_____

**JOE ROGERS PARKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 0829249**

## O R D E R

The clerk's record was filed January 9, 2014. Appellant's counsel has filed a motion to supplement the record. The motion is granted. The Harris County Clerk is directed to file a supplemental clerk's record on or before April 12, 2014, containing:

1) Appellant's Motion for DNA Testing filed on September 5, 2013;

2) Appellant's Motions for DNA Testing filed on September 3, 2002, December 1, 2003, May 13, 2005, and June 7, 2006; and

3) The trial court's Findings of Fact, Conclusions of Law and Order of the Court signed on August 19, 2004.

If any of the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM